# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| DWAYNE ROBISON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:19-CV-2642-AGF |
| JEFF NORMAN, et al., | ) ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 8] is **DENIED**.

Dated this 3rd day of January, 2020.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE